

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

*FIRM and AFFILIATE OFFICES*

MONTÉ T. SQUIRE
DIRECT DIAL: +1 302 657 4918
PERSONAL FAX: +1 302 397 2543
*E-MAIL:* MTSquire@duanemorris.com

www.duanemorris.com

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

June 12, 2023

**VIA ECF**

The Honorable Colm F. Connolly
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801

      Re:   **JOINT LETTER**
                **Yellow Social Interactive Limited v. Edwards, 23-cv-00351-CFC**
                **Yellow Social Interactive Limited v. Ebersole, 23-cv-00352-CFC**

Dear Judge Connolly:

      Plaintiff Yellow Social Interactive Limited ("YSI") and Defendants Ashley Edwards ("Edwards") and Christopher Ebersole ("Ebersole") respectfully submit this joint letter pursuant to this Court's June 6, 2023 Oral Order directing the parties to state their positions on consolidation of the two above-referenced actions and the status of the arbitration proceedings.

### Consolidation

The parties do not have any objections to consolidation of the two actions.

### Status of Arbitration

      Both the Edwards and Ebersole arbitrations are currently stayed before the AAA.  By agreement of the parties, on April 24, 2023, the parties submitted a joint

DUANE MORRIS LLP
1201 NORTH MARKET STREET, SUITE 501    WILMINGTON, DE 19801-1160    PHONE: +1 302 657 4900    FAX: +1 302 657 4901

DuaneMorris

The Honorable Colm F. Connolly
June 12, 2023
Page 2

request to the AAA to stay the arbitrations pending resolution by the Court of the Parties' respective motions to compel arbitration filed on April 11 and 12, 2023.

    On April 25, 2023, the AAA confirmed receipt of the parties' Joint Request in the Edwards arbitration and granted the stay. That same day, Arbitrator Michael Stith also granted the request for the stay in the Ebersole Arbitration and instructed the parties to notify the AAA with the outcome of the Court's decision on the two motions.

    Respectfully submitted,

| DUANE MORRIS LLP | THE LAW OFFICE OF JAMES TOBIA, LLC |
|---|---|
| */s/ Monté T. Squire* | */s/ James Tobia* |
| Monté T. Squire (No. 4764) | James Tobia (No. 3798) |
| 1201 N. Market St., Suite 501 | 1716 Wawaset Street |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19806 |
| Telephone: (302) 657-4900 | Telephone: (302) 655-5303 |
| mtsquire@duanemorris.com | jtobia@tobialaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

cc:    All Counsel of Record (via CM/ECF)