IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YELLOW SOCIAL INTERACTIVE LIMITED,<br><br>    Plaintiff,<br>    v.<br><br>ASHLEY EDWARDS,<br><br>    Defendant. | Case No. 23-cv-00351-CFC |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Yellow Social Interactive Limited ("Plaintiff") hereby dismisses with prejudice its complaint against Defendant Ashley Edwards ("Defendant"). Plaintiff states that this notice is being filed before an answer or a motion for summary judgment has been filed by Defendant. Each party is to bear its own costs, expenses, and attorneys' fees.

This Notice of Dismissal pertains to Case No. 23-cv-00351-CFC only, such that the consolidated case, *Yellow Social Interactive Limited v. Christopher Ebersole*, C.A. No. 23-cv-00352-CFC, shall remain pending and continue.

Dated: September 20, 2023

Respectfully submitted,

**DUANE MORRIS LLP**

/s/ *Tracey E. Timlin*
Monté T. Squire (No. 4764)
Tracey E. Timlin (No. 6469)
1201 N. Market Street, Suite 501
Wilmington, DE 19801
Telephone: (302) 657-4900
MTSquire@duanemorris.com
TTimlin@duanemorris.com

William M. Gantz
(admitted *pro hac vice*)
100 High Street, Suite 2400
Boston, MA 02110
Telephone: (857) 488-4200
BGantz@duanemorris.com

Walter A. Saurack
(admitted *pro hac vice*)
230 Park Avenue, Suite 1130
New York, NY 10169
Telephone: (212) 818-9200
WASaurack@duanemorris.com

Courtney L. Baird
(admitted *pro hac vice*)
750 B Street, Suite 2900
San Diego, CA 92101
Telephone: (619) 744-2200
CLBaird@duanemorris.com

*Counsel for Plaintiff Yellow Social Interactive Limited*